IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
<u>WESTERN DIVISION</u>

MARVIN WEBSTER,    )
                   )
    Defendant,     )
                   )
vs.                )    Case No. <u>6:92-CR-00026</u>
                   )
UNITED STATES OF AMERICA,  )
                   )
    Plaintiff.     )
                   )

MOTION FOR CLARIFICATION
OF ORDER DENYING MR. WEBSTER'S
<u>MOTION FOR REHEARING</u>

COMES NOW Marvin Webster pro-se ("Mr. Webster"), respectfully requesting that his claims be construed liberally, pursuant to <u>Haines vs. Kerner</u>, 30 L.Ed.2d 62 (1972), and herey moves this Court to clarify it's July 12, 2011 "Text Order" denying Mr. Webster's motion for Rehearing, surrounding the denial of his Rule 36 motion. In support thereof, Mr. Webster states as follows:

1). On July 12, 2011, this Court, presumably entered an Order denying Mr. Webster's Motion for Rehearing, surrounding Mr. Webster's Rule 36 motion, without stating any reason for denying that motion; without sending Mr. Webster a signed Order denying that motion, and; without even sending Mr. Webster a copy of the Order denying the motion, itself.

2). This Court only sent Mr. Webster a document entitled "This is an Official Notice From The Court," making reference to a docket text Order denying Mr. Webster's motion. The said document is not sufficient for Mr. Webster to make a determination as to why his motion was denied, so that he can make a

-1-

legal claim to contest and rebut the findings made by this court.

3). Mr. Webster therefore request that this court clarify it's Order denying his Motion for Rehearing in the interest of justice.

WHEREFORE, Mr. Webster prays that, based on the foregoing, this motion to clarify is granted.

Respectfully submitted,

Marvin Webster
Reg. # 60145-079
USP Beaumont
PO Box 26030
Beaumont, TX 77720

CERTIFICATE OF SERVICE

I, Marvin Webster, hereby certify that I placed a true and accurate copy of the foregoing in the U.S. Prison mailing system, on this <u>20th</u> day of July, 2011, and sent a copy of the same to the folowing address:

Clerk of Court
Western District of Texas
United States Courthouse
800 Franklin Avenue, Room 380
Waco, Texas 76701

/s/ Marvin Webster

-2-

Marvin Webster
#60145-079
Federal Correctional Complex
(USP)
P.O. Box 26030
Beaumont, TX 77720

BEAUMONT TX 777
21 JUL 2011 PM 1 L

7670181934

⇔ 60145-079 ⇔
Clerk District Court
800 Franklin AVE
WACO, TX - 76701
United States